**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMANDA WITHERSPOON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CUTELY COVERED, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 25-cv-1472-BAS-JLB<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

　　　On September 26, 2025, this Court issued an Order to Show Cause for failure to serve and prosecute the action. (ECF No. 3.) Two days later, Plaintiff submitted a response to the Court's Order to Show Cause and filed a motion for extension of time to serve Defendant Cutely Covered, Inc. (ECF Nos. 4, 5.) The Court granted the motion for additional time, giving Plaintiff until November 11, 2025, to complete service. (ECF No. 6.) Plaintiff was warned that a failure to file an adequate response to the Court's Order by November 11, 2025 would result in the Court dismissing the action. (*Id*.) The November 11, 2025 deadline has passed, and Plaintiff has not filed a response to the Court's Order

regarding service.  Accordingly, the Court **DISMISSES** the case without prejudice. <u>The Clerk of Court shall close the case.</u>

     **IT IS SO ORDERED.**

**DATED: November 21, 2025**

*[signature]*
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**